In the Matter of the Claim of GARY MELLIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

900

Decision affirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.